**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Juan Enriquez v. Ahmed A. Morsy, M.D.

Appellate case number:   01-18-00877-CV

Trial court case number:  18-CV-0884

Trial court:             10th District Court of Galveston County

      Appellee, Ahmed A. Morsy, M.D., has filed a motion for rehearing and for en banc reconsideration.  The Court requests a response to the motion for rehearing and for en banc reconsideration from appellant, Juan Enriquez.  The response must be filed no later than **30 days from the date of this order**. *See* TEX. R. APP. P. 49.2.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
          ☑ Acting individually    ☐ Acting for the Court

Date:   __October 6, 2020___